55 So.2d 924

**Ex parte ALABAMA PUBLIC SERVICE COMMISSION et al.**

**ALABAMA PUBLIC SERVICE COMMISSION et al. v. SOUTHERN R. CO.**

3 Div. 615.

Supreme Court of Alabama.

Oct. 17, 1951.

Si Garrett, Atty. Gen., and M. Roland Machman, Jr., Asst. Atty. Gen., for petitioners.

Cabaniss & Johnston and Jos. F. Johnston, all of Birmingham, for respondent.

PER CURIAM.

Petition dismissed.

LIVINGSTON, C. J., and BROWN, LAWSON and STAKELY, JJ., concur.

53 So.2d 887

**Martha BIBB v. CITY OF BIRMINGHAM.**

6 Div. 289.

Supreme Court of Alabama.

June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

FOSTER, Justice.

Petition of Martha Bibb for certiorari to the Court of Appeals to review and

revise the judgment and decision of that Court in the case of Bibb v. City of Birmingham, 53 So.2d 891.

Writ denied.

LIVINGSTON, C. J., and BROWN and SIMPSON, JJ., concur.

55 So.2d 924

**Basil BROADWAY et al. v. STATE ex rel. Harry L. PENNINGTON, Solicitor.**

8 Div. 609.

Supreme Court of Alabama.

Dec. 6, 1951.

Smith, Johnston & Butler, Huntsville, for appellants.

Si Garrett, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.